IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALLEN LADD,

        Petitioner,    JUDGMENT IN A CIVIL CASE

v.    Case No. 14-cv-437-bbc

UNITED STATES OF AMERICA,

        Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Allen Ladd dismissing petitioner's motion for post conviction relief under 28 U.S.C. § 2255 for lack of jurisdiction.


    s/ A. Wiseman, Deputy Clerk        June 19, 2014
    Peter Oppeneer, Clerk of Court        Date